IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLINT CADMON INGLE**  **PLAINTIFF**
*ADC #654498*

v.   CASE NO. 4:24-CV-00854-BSM

**MIKE KONADLE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE